| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Beckwith, Sandra S. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Ohio | 3. Date of Report<br><br>08/01/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Beckwith, Sandra S.**

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 08/01/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Antique Business |
| 2. 2010 | Retired - Pensions |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 08/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Beckwith, Sandra S. | - | 08/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. | BP Amoco Plc Common Stock | A | Dividend | | | Sold | 05/04/10 | K | D | |
| 3. | Johnson and Johnson Common Stock | A | Dividend | K | T | | | | | |
| 4. | Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. | Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 6. | Sysco Corp. Common Stock | A | Dividend | | | Sold | 11/22/10 | K | D | |
| 7. | Emerson Electric Co. 7.125% 08/15/10 | B | Interest | | | Matured | 08/15/10 | K | | |
| 8. | Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 9. | Pepsico, Inc. Common Stock | A | Dividend | | | Sold | 11/22/10 | K | | See Note in Part VIII |
| 10. | U.S. Treasury Note 4.625% 08/31/11 | B | Interest | | | Sold | 03/29/10 | L | C | |
| 11. | Gilead Sciences Inc. Common Stock | | None | | | Sold | 07/13/10 | J | | See Note in Part VIII |
| 12. | First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 13. | U.S. Treasury Note 1.000% 08/31/11 | A | Interest | | | Sold | 04/07/10 | L | A | |
| 14. | U.S. Treasury Note 1.000% 09/30/11 | A | Interest | | | Sold | 04/07/10 | L | A | |
| 15. | Int'l. Business Machines Corp. Common Stock | A | Dividend | K | T | Buy (add'l) | 11/22/10 | J | | |
| 16. | Touchstone UL Shrtdur Fixing Fd-2 | A | Dividend | | | Buy | 02/03/10 | L | | |
| 17. | Touchstone UL Shrtdur Fixing Fd-2 | | None | | | Sold | 06/02/10 | L | | See Note in Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 08/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Medtronic Inc. 3.000% 03/15/15 | B | Interest | L | T | Buy | 03/16/10 | L | | |
| 19. Chevron Corp. Common Stock | | None | | | Buy | 11/22/10 | K | | See Note in Part VIII |
| 20. Coca Cola Company Common Stock | A | Dividend | K | T | Buy | 11/22/10 | K | | |
| 21. Cincinnati Police Credit Union | A | Interest | K | T | | | | | |
| 22. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 23. Walgreen Company Common Stock | A | Dividend | | | Sold | 02/24/10 | K | D | |
| 24. First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 25. I Shares DJ U.S. Basic Material Common Stock | | None | | | Sold | 06/04/10 | L | F | See Note in Part VIII |
| 26. I Shares MSCI Brazil Indev. Common Stock | B | Dividend | L | T | | | | | |
| 27. I Shares MSCI Emerging Mkts. Index FD Common Stock | A | Dividend | | | Sold | 07/22/10 | K | E | |
| 28. Lee Family LP Bond Int. Varies 06/01/2034 | A | Interest | | | Sold | 01/22/10 | N | | See Note in Part VIII |
| 29. I Shares F&SE/Xinhua China 25 Index FD Common Stock | A | Dividend | K | T | Sold (part) | 11/18/10 | J | D | |
| 30. Yum Brands Inc. Common Stock | A | Dividend | K | T | | | | | |
| 31. BMC Software Inc. Common Stock | | None | | | Sold | 05/04/10 | K | C | See Note in Part VIII |
| 32. U.S. Treasury Note 1.000% 08/31/11 | A | Interest | | | Sold | 04/07/10 | M | A | |
| 33. U.S. Treasury Note 1.000% 09/30/11 | A | Interest | | | Buy | 09/03/09 | K | | See Note in Part VIII |
| 34. U.S. Treasury Note 1.000% 09/30/11 | | | | | Sold | 04/07/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 08/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. I Shares S&P Glbl Energy Sect. Common Stock | A | Dividend | K | T | Sold (part) | 06/04/10 | K | B | |
| 36. 3M Co. Common Stock | A | Dividend | K | T | | | | | |
| 37. Touchstone UL Shrtdur Fixing Fd-2 Common Stock | B | Dividend | L | T | Buy | 02/04/10 | L | | |
| 38. Guggenheim China Small Cap E | A | Dividend | K | T | Buy | 02/23/10 | K | | |
| 39. Teva Pharmaceuticals Inds Ltd Adr Common Stock | A | Dividend | K | T | Buy (add'l) | 12/07/10 | J | | |
| 40. Novartis Capital 2.900% 04/24/15 | B | Interest | M | T | Buy | 03/16/10 | L | | |
| 41. Burlington North 7.000% 02/01/14 | C | Interest | M | T | Buy | 04/12/10 | M | | |
| 42. Pfizer 5.350% 03/15/15 | C | Interest | M | T | Buy | 04/12/10 | M | | |
| 43. Touchstone High Yield Fd A Common Stock | C | Dividend | L | T | Buy | 06/17/10 | L | | |
| 44. DuPont E.I. DeNemors & Co. Common Stock | A | Dividend | K | T | Buy | 06/16/10 | K | | |
| 45. Entergy Corp. Common Stock | A | Dividend | K | T | Buy | 09/16/10 | K | | |
| 46. Lubrizol Corp. Common Stock | A | Dividend | K | T | Buy | 09/16/10 | K | | |
| 47. Whiting Petroleum Corp. Common Stock | | None | K | T | | 12/07/10 | K | | See Note in Part VIII |
| 48. Procter & Gamble Common Stock | | None | K | T | Buy | 12/02/10 | J | | See Note in Part VIII |
| 49. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 50. Walgreen Company Common Stock | A | Dividend | | | Sold | 02/24/10 | J | B | |
| 51. FPL Group Inc. Common Stock | A | Dividend | K | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 08/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 53. | Apple Computer Inc. Common Stock | | None | K | T | Sold (part) | 07/22/10 | K | E | See Note in Part VIII |
| 54. | Celgene Corp. Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 55. | Starbucks Common Stock | A | Dividend | K | T | Buy (add'l) | 11/22/10 | J | | |
| 56. | Priceline.com Inc. Common Stock | | None | | | Sold | 08/25/10 | K | D | See Note in Part VIII |
| 57. | U.S. Treasury Note 3.125% 12/31/16 | | None | | | Sold | 02/26/10 | M | B | See Note in Part VIII |
| 58. | U.S. Treasury Note 1.000% 08/31/11 | A | Interest | | | Sold | 04/07/10 | L | A | |
| 59. | Touchstone UL Shrtdur Fixing Fd-2 Mutual Fund | A | Dividend | K | T | Buy | 02/04/10 | K | | |
| 60. | McDonalds Corp. Common Stock | A | Dividend | K | T | Buy | 02/10/10 | K | | See Note in Part VIII |
| 61. | McDonalds Corp. Common Stock | | | | | Buy | 06/16/10 | J | | See Note in Part VIII |
| 62. | McDonalds Corp. Common Stock | | | | | Buy | 11/22/10 | J | | See Note in Part VIII |
| 63. | Virginia Elec. & Pwr 5.250% 12/15/15 | C | Interest | L | T | Buy | 03/18/10 | L | | |
| 64. | Touchstone High Yield Fd A Mutual Fund | B | Dividend | L | T | Buy | 07/08/10 | K | | |
| 65. | Touchstone High Yield Fd A Mutual Fund | | | | | Buy | 12/03/10 | K | | |
| 66. | Thoratec Corp. Common Stock | | None | K | T | Buy | 07/13/10 | J | | See Note in Part VIII |
| 67. | Thoratec Corp. Common Stock | | None | | | Buy | 11/22/10 | J | | See Note in Part VIII |
| 68. | Market Vectors Indonesia Ind. Mutual Fund | | None | | | Buy | 08/18/10 | K | | See Note in Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Market Vectors Indonesia Ind. Mutual Fund | | None | | | Sold | 11/19/10 | J | B | See Note in Part VIII |
| 70. Fifth Third Bank Savings | A | Interest | L | T | Open | 02/08/10 | K | | |
| 71. Fifth Third Bank Checking (X) | | None | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1, 22 and 49 are account headers.

Items 2 through 20 are the U.S. Bank Portfolio.

Items 23 through 48 are the U.S. Bank IRA I.

Items 50 through 69 are the U.S. Bank IRA III.

Items 9, 11, 17 and 28 were sold at losses or no gain.

Item 47 is a trade of one petroleum stock for another (see Item 19) for no change in value.

Item 51 name change to Nextera Enery Inc. (6/3/10).

Items 60, 61 and 62 - all income from this stock is reported on Item 60 together with the end of year total value.

Items 11, 12, 19, 24, 25, 31, 47, 48, 52, 53, 54, 56, 57, 66, 67, 68 and 69 produced no income in 2009.

Items 12, 24 and 52 are cash holding vehicles for their respective accounts. They produce no income at current interest rates.

Item 33 was bought in 2009, but inadvertently omitted from the 2009 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 08/01/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beckwith, Sandra S. | U.S. District Court, Southern District of Ohio | 04/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Antique Business |
| 2. | 2010 | Retired - Pensions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. BP Amoco Plc Common Stock | A | Dividend | | | Sold | 05/04/10 | K | D | |
| 3. Johnson and Johnson Common Stock | A | Dividend | K | T | | | | | |
| 4. Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 6. Sysco Corp. Common Stock | A | Dividend | | | Sold | 11/22/10 | K | D | |
| 7. Emerson Electric Co. 7.125% 08/15/10 | B | Interest | | | Matured | 08/15/10 | K | | |
| 8. Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 9. Pepsico, Inc. Common Stock | A | Dividend | | | Sold | 11/22/10 | K | | See Note in Part VIII |
| 10. U.S. Treasury Note 4.625% 08/31/11 | B | Interest | | | Sold | 03/29/10 | L | C | |
| 11. Gilead Sciences Inc. Common Stock | | None | | | Sold | 07/13/10 | J | | See Note in Part VIII |
| 12. First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 13. U.S. Treasury Note 1.000% 08/31/11 | A | Interest | | | Sold | 04/07/10 | L | A | |
| 14. U.S. Treasury Note 1.000% 09/30/11 | A | Interest | | | Sold | 04/07/10 | L | A | |
| 15. Int'l. Business Machines Corp. Common Stock | A | Dividend | K | T | Buy (add'l) | 11/22/10 | J | | |
| 16. Touchstone UL Shrtdur Fixing Fd-2 | A | Dividend | | | Buy | 02/03/10 | L | | |
| 17. Touchstone UL Shrtdur Fixing Fd-2 | | None | | | Sold | 06/02/10 | L | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Beckwith, Sandra S. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18. Medtronic Inc. 3.000% 03/15/15 | B | Interest | L | T | | | | | |
| 19. Chevron Corp. Common Stock | | None | | | Buy | 11/22/10 | K | | See Note in Part VIII |
| 20. Coca Cola Company Common Stock | A | Dividend | K | T | Buy | 11/22/10 | K | | |
| 21. Cincinnati Police Credit Union | A | Interest | K | T | | | | | |
| 22. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 23. Walgreen Company Common Stock | A | Dividend | | | Sold | 02/24/10 | K | D | |
| 24. First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 25. I Shares DJ U.S. Basic Material Common Stock | | None | | | Sold | 06/04/10 | L | F | See Note in Part VIII |
| 26. I Shares MSCI Brazil Indev. Common Stock | B | Dividend | L | T | | | | | |
| 27. I Shares MSCI Emerging Mkts. Index FD Common Stock | A | Dividend | | | Sold | 07/22/10 | K | E | |
| 28. Lee▓▓▓ LP Bond Int. Varies 06/01/2034 | A | Interest | | | Sold | 01/22/10 | N | | See Note in Part VIII |
| 29. I Shares F&SE/Xinhua China 25 Index FD Common Stock | A | Dividend | K | T | Sold (part) | 11/18/10 | J | D | |
| 30. Yum Brands Inc. Common Stock | A | Dividend | K | T | | | | | |
| 31. BMC Software Inc. Common Stock | | None | | | Sold | 05/04/10 | K | C | See Note in Part VIII |
| 32. U.S. Treasury Note 1.000% 08/31/11 | A | Interest | | | Sold | 04/07/10 | M | A | |
| 33. U.S. Treasury Note 1.000% 09/30/11 | A | Interest | | | Buy | 09/03/09 | K | | See Note in Part VIII |
| 34. U.S. Treasury Note 1.000% 09/30/11 | | | | | Sold | 04/07/10 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. I Shares S&P Glbl Energy Sect. Common Stock | A | Dividend | K | T | Sold (part) | 06/04/10 | K | B | |
| 36. 3M Co. Common Stock | A | Dividend | K | T | | | | | |
| 37. Touchstone UL Shrtdur Fixing Fd-2 Common Stock | B | Dividend | L | T | Buy | 02/04/10 | L | | |
| 38. Guggenheim China Small Cap E | A | Dividend | K | T | Buy | 02/23/10 | K | | |
| 39. Teva Pharmaceuticals Inds Ltd Adr Common Stock | A | Dividend | K | T | Buy (add'l) | 12/07/10 | J | | |
| 40. Novartis Capital 2.900% 04/24/15 | B | Interest | M | T | Buy | 03/16/10 | L | | |
| 41. Burlington North 7.000% 02/01/14 | C | Interest | M | T | Buy | 04/12/10 | M | | |
| 42. Pfizer 5.350% 03/15/15 | C | Interest | M | T | Buy | 04/12/10 | M | | |
| 43. Touchstone High Yield Fd A Common Stock | C | Dividend | L | T | Buy | 06/17/10 | L | | |
| 44. DuPont E.I. DeNemors & Co. Common Stock | A | Dividend | K | T | Buy | 06/16/10 | K | | |
| 45. Entergy Corp. Common Stock | A | Dividend | K | T | Buy | 09/16/10 | K | | |
| 46. Lubrizol Corp. Common Stock | A | Dividend | K | T | Buy | 09/16/10 | K | | |
| 47. Whiting Petroleum Corp. Common Stock | | None | K | T | | 12/07/10 | K | | See Note in Part VIII |
| 48. Procter & Gamble Common Stock | | None | K | T | Buy | 12/02/10 | J | | See Note in Part VIII |
| 49. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 50. Walgreen Company Common Stock | A | Dividend | | | Sold | 02/24/10 | J | B | |
| 51. FPL Group Inc. Common Stock | A | Dividend | K | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 53. Apple Computer Inc. Common Stock | | None | K | T | Sold (part) | 07/22/10 | K | E | See Note in Part VIII |
| 54. Celgene Corp. Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 55. Starbucks Common Stock | A | Dividend | K | T | Buy (add'l) | 11/22/10 | J | | |
| 56. Priceline.com Inc. Common Stock | | None | | | Sold | 08/25/10 | K | D | See Note in Part VIII |
| 57. U.S. Treasury Note 3.125% 12/31/16 | | None | | | Sold | 02/26/10 | M | B | See Note in Part VIII |
| 58. U.S. Treasury Note 1.000% 08/31/11 | A | Interest | | | Sold | 04/07/10 | L | A | |
| 59. Touchstone UL Shrtdur Fixing Fd-2 Mutual Fund | A | Dividend | K | T | Buy | 02/04/10 | K | | |
| 60. McDonalds Corp. Common Stock | A | Dividend | K | T | Buy | 02/10/10 | K | | See Note in Part VIII |
| 61. McDonalds Corp. Common Stock | | | | | Buy | 06/16/10 | J | | See Note in Part VIII |
| 62. McDonalds Corp. Common Stock | | | | | Buy | 11/22/10 | J | | See Note in Part VIII |
| 63. Virginia Elec. & Pwr 5.250% 12/15/15 | C | Interest | L | T | Buy | 03/18/10 | L | | |
| 64. Touchstone High Yield Fd A Mutual Fund | B | Dividend | L | T | Buy | 07/08/10 | K | | |
| 65. Touchstone High Yield Fd A Mutual Fund | | | | | Buy | 12/03/10 | K | | |
| 66. Thoratec Corp. Common Stock | | None | K | T | Buy | 07/13/10 | J | | See Note in Part VIII |
| 67. Thoratec Corp. Common Stock | | None | | | Buy | 11/22/10 | J | | See Note in Part VIII |
| 68. Market Vectors Indonesia Ind. Mutual Fund | | None | | | Buy | 08/18/10 | K | | See Note in Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Market Vectors Indonesia Ind. Mutual Fund | | None | | | Sold | 11/19/10 | J | B | See Note in Part VIII |
| 70. Fifth Third Bank Savings & Checking | A | Interest | L | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1, 22 and 49 are account headers.

Items 2 through 20 are the U.S. Bank Portfolio.

Items 23 through 48 are the U.S. Bank IRA I.

Items 50 through 69 are the U.S. Bank IRA III.

Items 9, 11, 17 and 28 were sold at losses or no gain.

Item 47 is a trade of one petroleum stock for another (see Item 19) for no change in value.

Item 51 name change to Nextera Enery Inc. (6/3/10).

Items 60, 61 and 62 - all income from this stock is reported on Item 60 together with the end of year total value.

Items 11, 12, 19, 24, 25, 31, 47, 48, 52, 53, 54, 56, 57, 66, 67, 68 and 69 produced no income in 2009.

Items 12, 24 and 52 are cash holding vehicles for their respective accounts. They produce no income at current interest rates.

Item 33 was bought in 2009, but inadvertently omitted from the 2009 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544